IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Gerald Malsbary,<br><br>        Plaintiff,<br><br>v.<br><br>Performant Recovery, Inc.,<br><br>        Defendant. | Civil Action No.: 3:14-cv-00052-RJC-DSC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 20, 2014

                                        Respectfully submitted,

                                        By  /s/ Ruth M. Allen

                                        Ruth M. Allen, Esq.
                                        Bar Number: 34739
                                        7413 Six Forks Road, Suite 326
                                        Raleigh, NC  27615
                                        Email: rallen@lemberglaw.com
                                        Telephone: (855) 301-2100 Ext. 5536
                                        Facsimile:  (888) 953-6237
                                        Attorney for Plaintiff

                                        Of Counsel To:
                                        Sergei Lemberg, Esq.
                                        LEMBERG LAW, L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Ruth M. Allen*

Ruth M. Allen, Esq.